IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY <br><br> Plaintiff, <br><br> vs. <br><br> WISPACT, INC., CHEMICAL BANK MATTHEW SKALITZKY, JOSEPH SKALITZKY, c/o Gary Alan Hehl, Esq., and THE ESTATE OF JANE SKALITZKY, c/o Gary Alan Hehl, Esq. <br><br> Defendants. | Case No.: 17 CV 748 |

## CONSENT ORDER FOR DISMISSAL OF
## HARTFORD LIFE AND ANNUITY INSURANCE COMPANY

Upon Joint Motion for Dismissal of Plaintiff Hartford Life and Annuity Insurance Company ("Hartford"), and the Court having considered the application of the parties, and for good cause having been shown;

**IT IS ORDERED** as follows:

1. Hartford shall be, and hereby is, discharged from any and all liability to Defendants Wispact, Inc., Chemical Bank, Mathew Skalitzky, Joseph Skalitzky, and the Estate of Jane Skalitzky relating in any way to individual life insurance policy number U01 901 840 (the "Policy") and/or the Policy death benefits and interest payable thereunder as a result of the death of Jane Skalitzky, which funds were distributed by Hartford and deposited into the Registry of this Court on or about March 20, 2018 (together, the "Death Benefit");

2. The Defendants shall be, and hereby are, permanently enjoined from making any further actual or implied claims, demands and causes of action, asserted or unasserted, express or

implied, foreseen or unforeseen, real or imaginary, suspected or unsuspected, known or unknown, liquidated or unliquidated, of any kind or nature or description whatsoever, that the Defendants, jointly and severally, ever had, presently have, may have, or claim or assert to have, or hereinafter have, may have, or claim or assert to have, against Hartford with respect to the Death Benefit or otherwise in connection with the Policy against Hartford;

      3.    Hartford shall be, and hereby is, dismissed from the above-captioned action with prejudice, and any and all claims against Hartford relating to the Death Benefit or otherwise in connection with the Policy shall be, and the same hereby are, dismissed with prejudice and without further costs or fees to any party; and

      4.    Jurisdiction over this action shall be retained on the Court's docket for resolution of defendants' cross-claims to the funds deposited by Hartford, and distribution thereof.

This ORDER shall be deemed a final judgment as to plaintiff in accordance with Fed. R. Civ. P. 54(b), there being no just reason for delay.

ORDERED this 11th day of April, 2018.

BY THE COURT:

/s/

WILLIAM M. CONLEY
United States District Judge